[No. 12360–6–II.   Division Two.   June 14, 1990.]

PATRICIA A. JAMES, ET AL, *Appellants,* v. WHITE RIVER
SCHOOL DISTRICT NO. 416, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87–2–06896–5, Waldo F. Stone, J., entered
September 30, 1988. *Reversed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and
Worswick, J.

[No. 13223–1–II.   Division Two.   June 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID P.
DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 2443, Gary W. Velie, J., entered Septem-
ber 15, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 12630–3–II.   Division Two.   June 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT T.
JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 88–1–00250–3, H. John Hall, J., entered Feb-
ruary 2, 1989. *Affirmed* by unpublished opinion per Alex-
ander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 12330–4–II.   Division Two.   June 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD
BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 88–1–00281–9, James D. Ladley, J., entered
October 12, 1988. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Petrich, J., and Arm-
strong, J. Pro Tem.